IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**HOMER MOONEY**                                                       **PLAINTIFF**

**V.**                                **4:08CV0639 JMM**

**AT&T UMBRELLA BENEFIT PLAN #1**                  **DEFENDANT**

### ORDER DENYING MOTION FOR DEFAULT JUDGMENT

Pending is the Plaintiff's Motion for Entry of Default. The Defendant has responded. The Defendant states that service of the Complaint was improper. Service was made to the following address: P.O. Box 14626, Lexington, Kentucky 40512. The proper address for the Defendant's Agent for Service as set forth in the Summary Plan Description for the AT&T Disability Income Program is: AT&T Inc. c/o AT&T Services, Inc., P.O. Box 29690, San Antonio, Texas 78229. (Def.'s Ex. 1).

Accordingly, Plaintiff's Motion for Entry of Default (Docket # 8) is DENIED.

IT IS SO ORDERED this 4th day of November 2008.

_____
James M. Moody
United States District Judge