IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HOMER MOONEY                                                                PLAINTIFF

V.                                          4:08CV00639 JMM

AT&T UMBRELLA BENEFIT PLAN #1                              DEFENDANT

## JUDGMENT

Pursuant to the Order entered on March 25, 2009, Judgment is hereby entered in favor of the Defendant. The Complaint is dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 25th day of March 2009.

_____
James M. Moody
United States District Judge